February 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FLEMING & ASSOCIATES, L.L.P N/K/A FLEMING, NOLEN & JEZ, L.L.P., Appellant/Cross-Appellee

NO. 14-12-00582-CV                    V.

DANIEL P. BARTON, THE BARTON LAW FIRM AND THE JOHNSON-BARTON JOINT VENTURE, Appellees/Cross-Appellants

_____

This cause, an appeal from the judgment in favor of appellees, Daniel P. Barton, the Barton Law Firm and the Johnson-Barton Joint Venture, signed March 23, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to **REMOVE** all portions of the judgment awarding trial and conditional appellate attorneys' fees to appellees/cross-appellants, Daniel P. Barton, the Barton Law Firm, and the Johnson-Barton Joint Venture.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal. We further order this decision certified below for observance.